PEOPLE v WILLIE HAGOOD; PEOPLE v ROBERT HAGOOD. Appeal from Recorder's Court of Detroit, Samuel H. Olsen, J. Submitted Division 1 November 16, 1971, at Lansing. (Docket No. 12052.) Decided December 9, 1971. Leave to appeal denied as to Willie Hagood. Leave granted, sentence vacated and case remanded to Recorder's Court for resentencing as to Robert Hagood, 388 Mich 765.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Luvenia D. Dockett*, Assistant Prosecuting Attorney, for the people.

*Raymond L. Miller*, for defendant on appeal.

Before: BRONSON, P. J., and QUINN and DANHOF, JJ.

MEMORANDUM OPINION. The defendants-appellants were jointly tried by a jury, convicted, and sentenced. They appeal.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.